# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>ROYCE FRANKLIN<br>*Defendant(s)* | )<br>)<br>)<br>)  Case No. 16-mj-01163-KLM<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief: On or about October 15, 2016, in the State and District of Colorado, Royce Franklin, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/James Anderson*
*Complainant's signature*

James Anderson, TFO ATF
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **19 Oct 2016**

City and state: Denver, Colorado

*Judge's signature*

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*