DEFENDANT: ROYCE FRANKLIN

YOB: 1976

ADDRESS (CITY/STATE):  Denver, Colorado

OFFENSE(S): Felon in possession of a firearm, 18 U.S.C. § 922(g)(1)

LOCATION OF OFFENSE (COUNTY/STATE):  Denver County, Colorado

PENALTY: 10 years in prison, $250,000, 3 years supervised release, $100 special assessment

AGENT: TFO James Anderson

AUTHORIZED BY: Mark Barrett
 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X   five days or less _____ over five days _____ other

THE GOVERNMENT

  X   **will** seek detention in this case _____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE: _____ Yes   X   No