IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-mj-01163-KLM

UNITED STATES OF AMERICA,

          Plaintiff,

v.

ROYCE FRANKLIN,

          Defendant.

_____

NOTICE OF APPEARANCE
_____

      The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

          Respectfully submitted,

          VIRGINIA L. GRADY
          Federal Public Defender

          s/Jacob Rasch-Chabot
          JACOB RASCH-CHABOT
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          Jacob.Rasch-Chabot@fd.org
          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mark Barrett, AUSA
Email: mark.barrett@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Royce Franklin          (via Mail)

s/Jacob Rasch-Chabot
JACOB RASCH-CHABOT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Jacob.Rasch-Chabot@fd.org
Attorney for Defendant