AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2016 OCT 26  PM 3: 24

____ COLWELL
CLERK

BY_____DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br><br>___ROYCE FRANKLIN_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)     Case No.   16-mj-01163-KLM |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ___ROYCE FRANKLIN_____, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Felon in possession of a firearm, 18 U.S.C. § 922(g)(1).

Date: __19 Oct 2016__

City and state: __Denver, Colorado__

*[signature]*
_____
*Issuing officer's signature*
Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _10/19/16_, and the person was arrested on *(date)* _10/25/16_
at *(city and state)* _Denver, Colorado_.

Date: _10/26/16_

*[signature]*
_____
*Arresting officer's signature*
James Anderson ATF/TFO
*Printed name and title*