**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No: 16-mj-01163-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROYCE FRANKLIN,

    Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

    To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    United States of America

    DATED at Denver, Colorado this 27th day of October, 2016.

    Caroline Friedman
    Name of Attorney

    United States Attorney's Office
    Firm Name

    1225 17th Street, Suite 700
    Office Address

    Denver, CO 80202
    City, State, ZIP Code

    303-454-0100
    Telephone Number

<u>caroline.h.friedman@usdoj.gov</u>
Primary CM/ECF E-mail Address

ROBERT C. TROYER
Acting United States Attorney

*s/Caroline Friedman*
CAROLINE H. FRIEDMAN
Assistant U.S. Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Fax 303-454-0403
Email: caroline.h.friedman@usdoj.gov
Attorney for the government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2016, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Kelly D. Christl**
kelly_christl@fd.org,cox_ecf@fd.org

**Jacob R. Rasch-Chabot**
jacob_rasch-chabot@fd.org,jakerc2@gmail.com,COX_ECF@fd.org

**Natalie Girard Stricklin**
natalie_stricklin@fd.org,COX_ECF@fd.org

*s/Caroline Friedman*
CAROLINE H. FRIEDMAN
Assistant U.S. Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Fax 303-454-0403
Email: caroline.h.friedman@usdoj.gov
Attorney for the government