IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-340-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   ROYCE FRANKLIN,

    Defendant.

## INDICTMENT
## 18 U.S.C. § 922(g)(1)
## Possession of a Firearm and Ammunition by a Prohibited Person

The Grand Jury charges:

### COUNT 1
18 U.S.C. § 922(g)(1)

On or about October 15, 2016, in the State and District of Colorado, the defendant, ROYCE FRANKLIN, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the violation alleged in Count One of this Indictment

involving, Title 18, United States Code, Section 922(g)(1), the defendant, ROYCE FRANKLIN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of the offense.

If the property described above, as a result of any act or omission of the defendant:

- a) cannot be located upon the exercise of due diligence;
- b) has been transferred or sold to, or deposited with, a third party;
- c) has been placed beyond the jurisdiction of the Court;
- d) has been substantially diminished in value; or
- e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendant, ROYCE FRANKLIN, up to the value of the forfeitable property.

A TRUE BILL

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

ROBERT C. TROYER
Acting United States Attorney

By: *s/ Caroline H. Friedman*
CAROLINE H. FRIEDMAN
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202

2

Telephone 303-454-0100
Fax 303-454-0403
Email: CAROLINE.H.FRIEDMAN@usdoj.gov
Attorney for the Government