DEFENDANT:          ROYCE FRANKLIN

YOB:                1976

ADDRESS (CITY/STATE):  Denver, Colorado

COMPLAINT FILED?    __X__ YES    _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: 16-mj-01163-KLM
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __X__ YES    _____ NO

OFFENSE(S):         Felon in possession of a firearm, 18 U.S.C. § 922(g)(1)

LOCATION OF OFFENSE (COUNTY/STATE):  Denver, Colorado

PENALTY:            10 years in prison, $250,000, 3 years supervised release, $100 special assessment

AGENT:              TFO James Anderson

AUTHORIZED BY:      Caroline H. Friedman
                    Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less    _____ over five days    _____ other

THE GOVERNMENT

__X__ **will** seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention is or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:    _____ Yes    __X__ No