IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 16-cr-00340-RM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  ROYCE FRANKLIN,

 Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

 This matter has been scheduled for a **four-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **January 9, 2017 at 9:00 a.m.** On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.** It is

 ORDERED THAT all pretrial motions shall be filed by **November 23, 2016** and responses to these motions shall be filed by **November 30, 2016**. It is further

 ORDERED that a Trial Preparation Conference is set for **December 29, 2016 at 9:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person. Defendant is also required to be present.

 The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED this 3rd day of November, 2016.

        BY THE COURT:

        _____
        RAYMOND P. MOORE
        United States District Judge