IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00340-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROYCE FRANKLIN,

    Defendant.
_____

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**

The defendant, Royce Franklin, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    <u>s/Kelly Christl</u>
    KELLY CHRISTL
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    kelly.christl@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Caroline Friedman, AUSA
Email: caroline.h.friedman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Royce Franklin            (via Mail)
Reg. No. 43853-013
c/o Federal Detention Center

                                      s/Kelly Christl
                                      KELLY CHRISTL
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      kelly.christl@fd.org
                                      Attorney for Defendant