**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 16-cr-00340-RM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  ROYCE FRANKLIN,

 Defendant.

___

### ORDER SETTING CHANGE OF PLEA HEARING
___

 Pursuant to the Notice of Disposition filed on December 5, 2016 (Docket No. 20). A Change of Plea Hearing is set for **December 21, 2016 at 10:30 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

 The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **December 29, 2016**, and the four-day jury trial scheduled for **January 9, 2017** are VACATED.

DATED this 5th day of December, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge