# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

Courtroom Deputy: Cathy Pearson
Court Reporter: Tammy Hoffschildt
Probation Officer: n/a

Date: December 21, 2016
Interpreter: n/a

**CASE NO.   16-cr-00340-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Caroline Friedman |
| Plaintiff, | |
| v. | |
| 1.  ROYCE FRANKLIN, | Kelly Christl |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:**      10:34 a.m.
Appearances of counsel.   Defendant is present and in custody.

Defendant sworn and answers true name.   Defendant is 40 years old.

**EXHIBITS:**   Plea documents received.

Defendant waives reading of Indictment.

Defendant pleads GUILTY to Count 1 of the Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Court's findings and conclusions.

Court accepts plea of guilty.

Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED**:  Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED**:  Sentencing is set for **March 9, 2017, at 3:30 p.m.**

**ORDERED:**  Any information released, data, or material provided to the Probation Department by the defendant shall be used by the Probation Department only for the preparation of the report and for no other purposes without further order or authorization from the Court.

**ORDERED**:  Defendant is REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS:**     **11:04 a.m.**
**Total in court time:**     **00:30**
**Hearing concluded**