IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00340-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ROYCE FRANKLIN,

        Defendant.

_____

**ENTRY OF APPEARANCE AS FORFEITURE COUNSEL FOR THE UNITED STATES**
_____

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as forfeiture counsel for:

  United States of America

    DATED this 17th day of January, 2017.

                                Respectfully submitted,

                                ROBERT C. TROYER
                                Acting United States Attorney

                      By: s/ *Tonya Andrews*
                                Tonya Andrews
                                Assistant U.S. Attorney
                                U.S. Attorney's Office
                                1225 Seventeenth Street, Ste. 700
                                Denver, Colorado 80202
                                Telephone: (303) 454-0100
                                E-mail: tonya.andrews@usdoj.gov
                                *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of January, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

      *s/ Jody Gladura*
      FSA Data Analyst
      United States Attorney's Office