# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## NOTICE OF CHANGE OF ADDRESS

Case No. 16-cr-00340-RM

To the Court, parties, and all counsel of record:

The undersigned Assistant United States Attorney hereby submits this notice pursuant to D.C.COLO.LAttyR 5(c) that effective February 6, 2017, undersigned counsel's address will change.  As of that date, the physical address for the Denver office of the United States Attorney's Office for the District of Colorado will be the following:

> United States Attorney's Office, District of Colorado
> 1801 California Street, Suite 1600
> Denver, Colorado 80202

Please direct any correspondence mailed to undersigned counsel to that address.  The telephone number and email address for undersigned counsel will remain unchanged.

> RESPECTFULLY SUBMITTED:
>
> ROBERT C. TROYER
> ACTING UNITED STATES ATTORNEY
>
> BY:  *s/Caroline H. Friedman*
> CAROLINE H. FRIEDMAN
> Assistant U.S. Attorney
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Phone: (303) 454-0100
> Email: caroline.h.friedman@usdoj.gov
>
> Attorney for the United States

**CERTIFICATE OF SERVICE**

       I hereby certify that on this date, February 1, 2017, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

       *s/Caroline H. Friedman*
       CAROLINE H. FRIEDMAN
       Assistant U.S. Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Phone: (303) 454-0100
       Email: caroline.h.friedman@usdoj.gov