**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.:   16-cr-00340-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ROYCE FRANKLIN**,

    Defendant.

---

### GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 37

---

The United States of America, by and through undersigned counsel, respectfully moves this Court to restrict Document No. 37, and any order revealing the contents of that document, for the reasons stated in the Court's practice standards.   The United States requests a "Level 2" Restriction which would make the document, all exhibits attached thereto, and any order revealing the contents of that document, "viewable by Applicable Parties & Court" only.

Respectfully submitted this 3rd day of March, 2016.

                              Respectfully submitted,

                              ROBERT C. TROYER
                              Acting United States Attorney

By:   */s/ Caroline H. Friedman*
      CAROLINE H. FRIEDMAN
      Assistant United States Attorney
      1801 California St., Suite 1600

Denver, Colorado 80202
Phone:   (303) 454-0100
Fax:   (303) 454-0403
E-mail:   caroline.h.friedman@usdoj.gov
Attorney for the United States

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of March 2017, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 37** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

**Kelly Christl**
Email:   Kelly_christl@fd.org

/s/ *Caroline H. Friedman*
CAROLINE H. FRIEDMAN
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:   (303) 454-0100
Fax:   (303) 454-0403
E-mail:   caroline.h.friedman@usdoj.gov
Attorney for the United States