**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00340-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    FRANKLIN ROYCE,

    Defendant.

---

**MOTION FOR APPLICATION OF THE THIRD POINT FOR
ACCEPTANCE OF RESPONSIBILITY**

---

    And now comes the United States of America, Robert C. Troyer, Acting United States Attorney, by Caroline H. Friedman, Assistant U.S. Attorney, and files this motion pursuant to United States Sentencing Guideline Section 3E1.1(b), requesting that this Court grant the defendant a three level reduction in the guideline calculation for acceptance of responsibility.

    RESPECTFULLY SUBMITTED:

    ROBERT C. TROYER
    ACTING UNITED STATES ATTORNEY
    DISTRICT OF COLORADO

By:    *s/Caroline H. Friedman*
    CAROLINE H. FRIEDMAN
    Assistant United States Attorney
    U.S. Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO. 80202
    Telephone (303) 454-0100
    Fax (303) 454-0401
    caroline.h.friedman@usdoj.gov
    Attorney for the Government

2

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 6th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of the same to any and all counsel of record.

              By: *s/Caroline H. Friedman*
                 CAROLINE H. FRIEDMAN
                 Assistant United States Attorney
                 U.S. Attorney's Office
                 1801 California Street, Suite 1600
                 Denver, CO. 80202
                 Telephone (303) 454-0100
                 Fax (303) 454-0401
                 caroline.h.friedman@usdoj.gov
                 Attorney for the Government

Case 1:16-cr-00340-RM   Document 39   Filed 03/06/17   USDC Colorado   Page 2 of 2