## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00340-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ROYCE FRANKLIN,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same,

IT IS HEREBY ORDERED that the defendant be granted an additional one-level decrease in the offense level.

Dated this \_\_\_\_ day of March, 2017.

                              BY THE COURT:

                              _____

                              Raymond P. Moore
                              United States District Court Judge