**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation Officer:  Ryan Kinsella | Date:  March 9, 2017<br>Interpreter:  n/a |

**CASE NO.  16-cr-00340-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>1.  ROYCE FRANKLIN,<br><br>        Defendant. | Caroline Friedman<br><br><br><br><br><br>Kelly Christl |

**COURTROOM MINUTES**

**SENTENCING HEARING**
**COURT IN SESSION:        3:30 p.m.**
Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on December 21, 2016, to Count 1 of the Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:**  Government's Motion for Application of the Third Point for Acceptance of Responsibility (Doc. 39) is GRANTED as stated on the record.

Discussion held and argument given regarding offense characteristics and sentencing guidelines.   The Court states its ruling regarding offense characteristics and sentencing guidelines on the record.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding Defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, ROYCE FRANKLIN, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **34 months.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility located in the District of Colorado so he is accessible to his family.

**ORDERED:** Upon release from imprisonment, Defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED: Mandatory Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state, or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED: Special Conditions** of Supervised Release that:
- (**X**) Defendant shall participate in a cognitive behavioral treatment (CBT) program as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.   Defendant shall abstain from the use of alcohol or other

|     |     |
| --- | --- |
|     | intoxicants during the course of treatment.   Defendant is required to pay the cost of treatment as directed by the probation officer. |
| (**X**) | Defendant shall participate in and successfully complete a mental health evaluation and, if recommended, a program of mental health treatment, as approved by the probation officer, until such time as he is released from the program by the probation officer.   Defendant shall pay the cost of treatment as directed by the probation officer. |
| (**X**) | Defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist.   Defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained. |
| (**X**) | Defendant shall submit his person, property, house, residence, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer.   Failure to submit to search may be grounds for revocation of release.   Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.   An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation.   Any search must be conducted at a reasonable time and in a reasonable manner. |
| (**X**) | Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment. |
| (**X**) | Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release. |

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**     5:00 p.m.
Hearing concluded.
Total time:            1:30