```
                                             FILED
                                    UNITED STATES DISTRICT COURT
                                         DENVER, COLORADO

                                           JUL 29 2020
                                        JEFFREY P. COLWELL
                                                CLERK
```

July 16, 2020

Judge Raymond P. Moore
Alfred A. Arraj Courthouse
901 19th Street
Denver, Colorado 80294

Dear Judge Moore:

I am writing this letter to ask that you please take into consideration a request for early release from my term of probation. My case number is 16CR00340-1 and my current probation officer is Mr. Christopher Mendoza at (303) 994-3661

Since my release from FCI Englewood in November of 2018, into the Independence House (Halfway house), I've had two jobs. I would like to inform you that I have obtained and maintain willful employment with the same employer, West Direct Oil since February of 2019. Since my tenure at my place of employment I have excelled to a leadership position as a systems technician in our oil tank yard as well as in our warehouse. I have received raises in wages as well as having been recognized as Employee of the Month for the month of November 2019 (which came with the included perk of free gas for that entire month by the way:).

Although I was released to my Grandmother's house as my permanent place of residence during my probation, I continue to be active with my children on a daily basis. Letting them know that I love them dearly, taking out time to teach them life lessons that would help them not to make the same mistakes that I did, helping with homework, basically doing what is required of me as their father. I am only informing you of this aspect of my life so that you can get an idea of how I spend my time when I am not at work. At present, although I am not a coach, I offer my support and advice at my son's football camp. Which I'd like to note is

doing it's best (along with the support of parents such as myself) to instill the new priorities of our day, such as practicing social distancing on and off of the field. I'd also like to note that the organization also provides periodical hand sanitizer to participating children, plus taking their temperatures upon arrival. Which makes me more comfortable as a parent to have my son participate.

I'd like you to note that during the entirety of my time in federal custody and probation, I did not once get cited or written up. I have received all clean urine analysis and breath analysis tests. I've taken multiple classes and received multiple certificates including a Parenting Class, Spanish 1, 2, and 3. A managerial ServeSafe certification which is the prerequisite to the Culinary Program in Englewood that I also completed. In addition, I completed the MRT class that was required of me by Officer Mendoza while on probation. I've obtained my Colorado Driver's License and a checking account with Wells Fargo and maintain a steady savings plan.

Now that I am at the juncture where I am eligible for early release, I'd like to explore other opportunities with my employer. I have the opportunity to further my growth at my company, such as to travel to our other properties out of state. This release will allow me to explore those options without filing for travel permits and processing. I believe that I have exhibited the characteristics necessary to no longer need probation supervision.

Thank you for your consideration of my progress and of my reintegration into society. I believe I will be successful.

Sincerely,

Royce Franklin

Mr. Royce Franklin
3530 Ivanhoe St
Denver, Colorado 80207

Judge Raymond P. Moore
Alfred A. Arraj Courthouse
901 19th Street
Denver, Colorado 80294

