IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00340-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROYCE FRANKLIN,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 7th day of August, 2020.

    JASON R. DUNN
    United States Attorney

    s/Martha Paluch
    MARTHA PALUCH
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0401
    Email: martha.paluch@usdoj.gov