**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 16-cr-00340-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ROYCE FRANKLIN,

     Defendant.

---

## ORDER

---

This matter comes before the Court on Defendant's request for early termination of supervised release (ECF No. 43). The principal basis of the request is that he has been employed and successful on supervision for just over one year. Having considered both probation's and the government's response, it is

ORDERED that Defendant's request for early termination of probation (ECF No. 43) is DENIED, without prejudice to refiling at a future date.

DATED this 17th day of August, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge